Prob 22 (Rev. 03/97)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Transferring Court)<br>0:01CR00202-1(ADM)/AJB<br>0:01CR00203-1(ADM)/AJB |
| | DOCKET NO. (Receiving Court)<br>CR.S-04-0475 DFL |

| NAME AND ADDRESS OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Keith Edward Kimmons | MINNESOTA | Minneapolis | |
| | NAME OF SENTENCING JUDGE | | |
| | Ann D. Montgomery | | |
| | DATES OF SUPERVISION | FROM | TO |
| | | 08/17/2004 | 08/16/2007 |

FILED
DEC 22 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____________
DEPUTY CLERK

OFFENSE

Mail Fraud in both cases

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

December 9, 2004
Date

Ann D. Montgomery, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

12/22/2004
Effective Date

United States District Judge

RECEIVED
BY M
JUL 29 2005
CLERK US DIST COURT
ST. PAUL, MN

SCANNED
JUL 29 2005
U.S. DISTRICT COURT ST. PAUL